UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAMUEL JACKSON #361449,**

        Plaintiff,             **CASE NUMBER: 10-10031**
                                           **HONORABLE VICTORIA A. ROBERTS**

**v.**

**RACHEL WATERBERRY JOHNSON, et al,**

        Defendants,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 30, 2010, Magistrate Judge Mark A. Randon submitted a Report and Recommendation (Doc. 23) recommending that the Court GRANT Defendants' Motion for Summary Judgment. (Doc. 13).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Defendants' motion.

        **IT IS ORDERED**.


                                                      <u>S/Victoria A. Roberts</u>
                                                      **Victoria A. Roberts**
                                                      **United States District Judge**

**Dated: January 10, 2011**

**The undersigned certifies that a copy of this document was served on the attorneys of record and Samuel Jackson by electronic means or U.S. Mail on January 10, 2011.**

**s/Carol A. Pinegar**
**Deputy Clerk**